IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER, | |
| Plaintiff, | CV F 99 6425 AWI WMW P |
| vs. | ORDER RE: FINDINGS & RECOMMENDATIONS (#20) |
| L. SINGER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 15, 2007, findings and recommendations were entered, recommending dismissal of this action for failure to obey a court order and to prosecute. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 15, 2007, are adopted in full; and
2. This action is dismissed without prejudice for failure to obey a court order and to prosecute. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   April 10, 2007**              /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE